IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY COLEMAN,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.        13-cv-581-bbc

DANE COUNTY SHERIFFS and
DANE COUNTY SHERIFF'S DEPARTMENT,

        Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Timothy Coleman's failure to state a claim upon which relief may be granted.

| /s/ | 11/15/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |